IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL DOCKET NUMBER: 2:00CR34KS-MTP-01

COREY KING

ORDER

This Court has been informed that the defendant was credited with a sentence reduction on a sentence already served resulting in a 60-month credit. Additionally, the defendant was incarcerated on March 5, 2018, on an indictment out of the Middle District of Louisiana. He remained in Federal custody until September 12, 2019, when the Middle District of Louisiana dismissed the indictment resulting in over-served credit in the total amount of 78 months.

As a result of the Bureau of Prisons policy of crediting of time, there is no reason to continue King on supervised release since there is no time for which his supervised release could be revoked and therefore no penalty available to the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that Corey King's supervision be terminated.

SO ORDERED this 10th day of Dec, 2019

_____
UNITED STATES DISTRICT JUDGE